UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JERMIAH BROWN, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:06-cv-879 |
| | ) | |
| v. | ) | Honorable Wendell A. Miles |
| | ) | |
| MARY BERGHUIS, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**JUDGMENT**

In accordance with the Opinion entered this day:

IT IS ORDERED that Petitioner's application for habeas corpus be dismissed without prejudice. Petitioner may re-file his application, within the limitations period, after exhausting his available state-court remedies as to all claims. In the alternative, Petitioner may file a new petition at any time before the expiration of the limitations period raising only his exhausted claim.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the Petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).


Dated: February 2, 2007                              /s/ Wendell A. Miles
                                                     Wendell A. Miles
                                                     Senior United States District Judge